UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-23803-CIV-O'SULLIVAN

JOHN WILLIAM HIGHFIELD, III,
    Plaintiff,
v.
ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Attorney's Fees (EAJA) (DE# 30, 12/30/20). This case was referred to United States Magistrate Judge John J. O'Sullivan for final resolution of all matters. According to the defendant's response (DE # 32, 1/13/21) to the Plaintiff's Motion for Attorney's Fees, the defendant does not oppose the plaintiff's request for fees and expenses. The plaintiff requests fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, as agreed to by the parties, in the amount of $3,171.88, and expenses, as agreed to by the parties, in the amount of $22.40. A review of the petition reveals that the requested fees are reasonable and permitted pursuant to 28 U.S.C. § 2412.

The plaintiff assigned his rights to any EAJA fee award to his attorney. The plaintiff indicates in his motion that "[i]f the Plaintiff has no debt registered with the Department of Treasury subject to offset that the fees be made payable to the attorney." (DE# 30, 12/30/20). Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion for Attorney's Fees (EAJA) (DE# 30, 12/30/20) is GRANTED and the plaintiff is awarded fees in the amount of $3,171.88 and expenses in the amount of $22.40. It is further

ORDERED AND ADJUDGED that if the plaintiff does not owe any debt to the United States that is subject to an offset, the check for attorney's fees and expenses shall be made payable to the plaintiff's attorney.

DONE AND ORDERED in Chambers, at Miami, Florida, this 14th day of January, 2021.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE