UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-23803-CIV-SMITH/VALLE

JOHN WILLIAM HIGHFIELD, III,

    Plaintiff,
vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation [DE 38], recommending granting Plaintiff's Motion for Attorney's Fees Pursuant to the Social Security Act Section 206(b)(1) [DE 34]. No objections have been filed.

Accordingly, having reviewed the Report and Recommendation, Plaintiff's Motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation [DE 38] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion for Attorney's Fees Pursuant to the Social Security Act Section 206(b)(1) [DE 34] is **GRANTED**. Plaintiff is awarded $12,570.25 in attorney's fees, subject to the requisite refund to Plaintiff of the prior Equal Access to Justice Act award in the amount of $3,171.88.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of September, 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record